## STIPULATION 1 (Body Camera Recording)

If called to testify, William Massuci, would testify that he is employed as a police officer for the Berwyn Police Department in Berwyn, Illinois. Officer Massuci would further testify that Government Exhibit 1 is a true and correct copy of body camera footage that he wore on his person on May 23, 2024.

## STIPULATION 2 (Rush University Medical Center)

If called to testify, Nakilya Simmons, would testify that she is employed at Rush University Medical Center, and that her responsibilities include maintaining and retrieving records of Rush University Medical Center.

Ms. Simmons would further testify that Government Exhibit 2 are true and correct copies of original documents kept by Rush University Medical Center, and (1) that the exhibit was made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of Rush University Medical Center to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of Rush University Medical Center.

## STIPULATION 3 (Rush University Medical Center Lab Result)

If called to testify, Nicolas Ramsay, would testify that he is employed at Rush University Medical Center as a physician, and that he served as the treating physician for Ricardo Munoz on May 23, 2024. Dr. Ramsay would further testify that the results of a blood test administered to Mr. Munoz on May 23, 2024 revealed an ethanol level with a value of 338. Dr. Ramsay would further testify that a blood test yielding an ethanol level with a value of 338 corresponds to a blood alcohol concentration of approximately .3.

SO STIPULATED AND AGREED
ON THIS, THE 5th OF August, 2024:

/s/ Jared Hasten
_____
JARED HASTEN
Assistant United States Attorney

Ricardo Munoz by Richard Kling
_____
RICARDO MUNOZ
Defendant

/s/ Richard Kling
_____
RICHARD KLING
Attorneys for Defendant Ricardo Munoz